## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

### PRO SE PRISONER CIVIL RIGHTS
### COMPLAINT

Use this form to make corrections to your complaint. For example, you may need to change the list of defendants to include a person whose name you did not know at the time you filed your lawsuit. If you are amending your complaint after the Court has issued a Section 1915A Ruling and Order, make sure that you do not include any claims or defendants that the Court has dismissed.

CASE NO. *3:15cv1086 JCH*

PLAINTIFF(S) [Write the name(s) of the person(s) complaining]

Franklin Brown

Karen Rogala

_____

_____

_____

vs.

DEFENDANT(S) [Write the name(s) of all person(s) you are suing. If you do not know a name, write "John Doe" or "Jane Doe." Include the defendant's rank or title and place of employment if you know it.]

Fredrick Dirga (Police officer)

Detective Del Mauro

John Doe et al (Police officer)

Middletown Police depart-

ment

Rev. 4-12-2013

**Please complete every section and SIGN THE LAST PAGE.**

**A.    JURISDICTION**

Because federal courts cannot hear every kind of claim, you must identify the law that says this court can hear your claim. There are two possibilities.  Check **one**.

I can bring my complaint in federal court because I am suing:

1.    _____✓_____    State, county or city employees for violating my federal rights under 42 U.S.C. Sec. 1983; OR

2.    _____    Federal employees for violating my federal rights under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. Sec. 1331.

**B.    PLAINTIFF(S)** (THE PERSON(S) FILING THIS COMPLAINT)

If there are more than two plaintiffs, attach additional pages. Provide items a, b, and c for each additional plaintiff.

1.    First Plaintiff

    a.    Full Name:

    b.    Inmate Number:

    c.    Correctional facility:

2.    Second Plaintiff

    a.    Full Name:

    b.    Inmate Number:

    c.    Correctional facility:

proceeding   invalidated,   for   example   through   a   habeas
proceeding.  *See Heck v. Humphrey*, 512 U.S. 477, 487 (1994).

Please note that this is not a complete list of the problems you might encounter with your case. **The Court cannot give you legal advice and will not appoint a lawyer for you until it is clear that you have a good legal claim.** Until then, your best strategy is to call the Inmate Legal Assistance Program at 1-800-381-ILAP before you file a complaint. **If Inmate Legal Assistance says you do not have a good case, you should consider that advice very seriously.**

Now you need to explain how your **federal** rights were violated (remember that not every violation of state law or prison regulations amounts to a violation of federal law). What you need to tell the Court is **who did what, when they did it, and how you were harmed.**

You do not need to cite to the Constitution, any statutes, or any cases. However, it is important to **be specific about dates, times, and the names of the people involved.** It is helpful to put each important fact in a separate, numbered paragraph.

If you do not know the name of the person who harmed you, call that person Defendant Doe and provide some information from which it will be possible to identify the person - for example, gender, rank and shift. If there is more than one defendant whose name you do not know, call them Defendant Doe1, Defendant Doe2, and so on.

**Here is an example of the proper way to describe your claims:**

Example of Statement of Case

1. On April 1, 2007, I fell and injured my foot during a basketball game with other prisoners.
2. After the game, I asked Defendant CO Brian Smith to let me see the nurse. Defendant CO Brian Smith told me that I could not see the nurse because it was not an emergency.
3. During the afternoon, my foot became swollen and very painful.
4. At about 5 p.m., in the presence of my cellmate Bill Bloggs, I told Defendant Lieutenant Jane Doe, who was the shift supervisor, that I needed a doctor and showed him my swollen foot.
5. Defendant Lieutenant Jane Doe brought me two Tylenol and told me that I could not see the nurse until sick call the next morning.
6. The next day, I could not get out of bed because my foot was so swollen and painful. I had to go to hospital and have an operation to fix my foot.
7. I had to take pain medication for two months after the operation and have needed a walking stick for support since that time.

Rev. 4-12-2013                              6

**Now describe your claims.**

Statement of Case

1. On 10/14/13 between 10 and 10:30pm Karen Rogala and I was walking home with our groceries.

2. Officer Diraa ran over and pushed me against the car. And started searching me I ask him what he is doing? Then he and Detective Del mauro started punching and kicking me for no reason

3. They searched me with no probable cause. I had done nothing illegal we was walking home. It was an unreasonable intrusion a search without a warrant.

4. They search Karen touching her private parts without a female officer present.

5. From the assault I received injuries to my face and knees

6. we filed a complaint with the middletown police department but they did nothing. The complaint is enclosed.

7.

8.

9.

10.

If you need more space, attach additional pages, but be as brief as possible.

Rev. 4-12-2013                    7

F.    REQUEST FOR RELIEF

Tell the court what kind of relief you want. **Remember**: (1) You can only get money damages for mental or emotional injury if you were also physically injured; (2) Money damages may be reduced to pay restitution to victims of your crime and fees for a court-appointed attorney, if you had one; (3) You cannot use a Section 1983 or *Bivens* action to request release from custody, a reduction in your sentence, or a restoration of good time credits. For any of these, you must pursue a Writ of Habeas Corpus.

I want 3,000,000.00 for physical, mental and emotional damage. And I want the officers fired from their Jobs

G.    Do you wish to have a jury trial? Yes ___✓___    No_____

H.    DECLARATION UNDER PENALTY OF PERJURY

Warning: **You must sign this** or your complaint will not be filed.

By signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge. I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000. See 18 U.S.C. Sections 1621, 3571.

Signature: _Franklin Brown_

Signed at ___HCC_____ on __7/9/15____
                    (Location)                              (Date)

If there are additional plaintiffs, attach another page with the name and signature of each plaintiff on it. **The complaint cannot be filed without a signature from each plaintiff.**

## I.    FINAL INSTRUCTIONS

WARNING: **Your complaint will not be filed** unless you complete each of these steps:

1.    Sign the Declaration under Penalty of Perjury on p. 8.

2.    Answer all questions on the complaint form.

Remember, the Clerk cannot file your complaint unless you take all of the steps above.